STEVEN S. ALM
United States Attorney
District of Hawaii

ELLIOT ENOKI
First Assistant U.S. Attorney

LARRY L. BUTRICK
Assistant U.S. Attorney
Room 6100, PJKK Federal Building
300 Ala Moana Blvd., Box 50183
Honolulu, Hawaii 96850
Telephone: (808) 541-2850

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAY 10 2000

at __ o'clock and __ min. __M
WALTER A.Y.H. CHINN, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. CR00-00202 SOM |
| Plaintiff, | ) | INDICTMENT |
| vs. | ) | [18 U.S.C. § 2111 |
| GERALD QUEEN, | ) | 18 U.S.C. § 111 |
| | ) | 18 U.S.C. § 1382] |
| Defendant. | ) | |

INDICTMENT

COUNT 1

The Grand Jury charges:

On or about December 30, 1999, at Hickam Air Force Base, Hawaii, a place within the special maritime and territorial jurisdiction of the United States, in the District of Hawaii, the defendant, GERALD QUEEN, by force and violence, and by

intimidation, did take from the person and presence of Laionella Taliau, cartons of cigarettes.

All in violation of Title 18, U.S.C. §§ 7 and 2111.

## COUNT 2

The Grand Jury further charges that:

On or about December 30, 1999, at Hickam Air Force Base, Hawaii, a place within the special maritime and territorial jurisdiction of the United States, in the District of Hawaii, the defendant, GERALD QUEEN, knowingly and by means and use of a dangerous weapon, that is a razor, did forcibly assault, resist, oppose, impede, intimidate, interfere with, and inflict bodily injury on Laionella Taliau, a United States employee of the Army and Air Force Exchange Service, while she was engaged in the performance of her official duties.

All in violation of Title 18 U.S.C. § 111(a) and (b).

## COUNT 3

The Grand Jury further charges that:

On or about December 30, 1999, at Hickam Air Force Base, Hawaii, a place within the special maritime and territorial jurisdiction of the United States, in the District of Hawaii, the defendant, GERALD QUEEN, knowingly and by means and use of a dangerous weapon, that is a motor vehicle, did forcibly assault, resist, oppose, impede, intimidate, and interfere with Airman Jay

Peterson, a member of the United States Air Force, while he was engaged in the performance of his official duties.

All in violation of Title 18, U.S.C. § 111(a) and (b).

COUNT 4

The Grand Jury further charges that:

On or about December 30, 1999, at Hickam Air Force Base, Hawaii, a place within the special maritime and territorial jurisdiction of the United States, in the District of Hawaii, the defendant, GERALD QUEEN, did go upon Hickam Air Force Base, a military installation, for a purpose prohibited by law and lawful regulation.

All in violation of Title 18 U.S.C. § 1382.

DATED: 05/10/00, Honolulu, Hawaii.

A TRUE BILL

/s/
_____
FOREPERSON, Grand Jury

_____
STEVEN S. ALM
United States Attorney

_____
ELLIOT ENOKI
First Assistant U.S. Attorney

_____
LARRY L. BUTRICK
Assistant U.S. Attorney

United States v. Gerald Queen
"Indictment"
Cr. No. _____

3